JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRILLER FIGHT CLUB II LLC, | Case No. CV 21-4432 FMO (KSx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| BRANDON T. WILLIAMS, et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 26th day of July, 2021.

/s/
Fernando M. Olguin
United States District Judge